Cyrus Safa
Attorney at Law: 13242
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
TERESA LEWIS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERESA LEWIS | Case No.: 2:19-cv-01158-VCF |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REVERSAL AND/OR REMAND |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Teresa Lewis and Defendant Andrew Saul, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from April 16, 2020 to May 14, 2020 for Plaintiff to file a motion for reversal and/or remand, with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

This request is made at the request of Plaintiff's counsel who required additional time to fully research the issues presented due to increased workload

-1-

during the initial press of changes in internal procedures related to Covid-19. Changes include additional client communication to obtain consent for telephonic hearings.  In addition, Counsel's staff moved to a remote work format which, early on, resulted in technical issues with Counsel's ability to login and stay logged in remotely.  Counsel apologizes for any inconvenience this request has on the Court, its staff, and all parties involved.

DATE: May 8, 2020                    Respectfully submitted,

                                        LAWRENCE D. ROHLFING

                                        /s/ *Cyrus Safa*

                        BY: _____
                            Cyrus Safa
                            Attorney for plaintiff Ms. Teresa Lewis

DATE:  May 8, 2020

                                        NICHOLAS A. TRUTANICH
                                        United States Attorney

                                        /s/ *Allison J. Cheung*

                        BY: _____
                            Allison J. Cheung
                            Special Assistant United States Attorney
                            Attorneys for defendant Andrew Saul
                            Commissioner of Social Security
                            |*authorized by e-mail|

IT IS SO ORDERED.

DATE  5-12-2020

                            _____
                            THE HONORABLE CAM FERENBACH
                            UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER  2:19-CV-01158-VCF**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 8, 2020.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff