1 | NICHOLAS A. TRUTANICH
United States Attorney
2 | District of Nevada

3 | ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
4 | 160 Spear Street, Suite 800
San Francisco, California 94105
5 | Telephone: (415) 977-8942
Facsimile: (415) 744-0134
6 | E-Mail: allison.cheung@ssa.gov

7 | Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| TERESA LEWIS, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.: 2:19-cv-01158-VCF |
| v. | ) | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

//

//

//

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: June 15, 2020                    Respectfully submitted,

                                                   LAW OFFICES OF LAWRENCE D. ROHLFING

                                                 */s/ Cyrus Safa*
CYRUS SAFA
(*as authorized via email on June 15, 2020)
Attorney for Plaintiff

Dated: June 15, 2020                    Respectfully submitted,

                                                 NICHOLAS A. TRUTANICH
United States Attorney

                                               */s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED: 6-17-2020

# CERTIFICATE OF SERVICE

I, Allison J. Cheung, certify that the following individual(s) were served with a copy of the foregoing **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the date, and via the method of service, identified below:

**CM/ECF:**

Cyrus Safa
cyrus.safa@rohlfinglaw.com
Attorney for Plaintiff

Gerald M. Welt
gmwesq@weltlaw.com
Attorney for Plaintiff

Dated: June 15, 2020

                                                */s/ Allison J. Cheung*
                                                ALLISON J. CHEUNG
                                                Special Assistant United States Attorney